UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DAMION LEE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>KANNESHA NEPT, Lt. and OIC at Jameson Annex, individual capacity; KELLI WASKO, Secretary of Corrections-Supervisor at SD DOC, individual capacity; TABATHA BENTING, Warden-Supervisor at Jameson, individual capacity; SIMS, DOC Employee at Jameson; SGT. MARSHALL, Supervisor of Staff, OIC at Jameson; MAJOR RODRIGUEZ, SD Employee Supervisor of Staff at Jameson; and UNKNOWN OFFICERS, Jameson,<br><br>Defendants. | 4:26-CV-04094-RAL<br><br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND REQURING PLAINTIFF TO PAY AN INTIAL PARTIAL FILING FEE |

Plaintiff Damion Lee Williams, an inmate at the South Dakota State Penitentiary, filed a pro se civil rights lawsuit. Doc. 1. Williams filed a motion for leave to proceed in forma pauperis and provided a prisoner trust account report. Docs. 2, 3. Because Williams' original prisoner trust account report did not contain his average monthly deposits and average monthly balance for the last six months, this Court ordered him to file an updated prisoner trust account report with more recent information, Doc. 5, which Williams timely provided, Doc. 6.

Under the Prison Litigation Reform Act, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). The Court may, however, accept partial payment of the initial filing fee where appropriate. Thus, "[w]hen an inmate seeks pauper status, the only issue is whether the inmate

pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan." Henderson v. Norris, 129 F.3d 481, 483 (8th Cir. 1997) (per curiam) (alteration in original) (quoting McGore v. Wrigglesworth, 114 F.3d 601, 604 (6th Cir. 1997)).

The initial partial filing fee that accompanies an installment plan is calculated according to 28 U.S.C. § 1915(b)(1), which requires a payment of 20 percent of the greater of:

(A) the average monthly deposits to the prisoner's account; or
(B) the average monthly balance in the prisoner's account for the 6–month period immediately preceding the filing of the complaint or notice of appeal.

Williams reports an average monthly balance for the past six months in his prisoner trust account of $166.95 and an average monthly deposit of $84.66. Doc. 6 at 1. Based on this information, the Court grants Williams leave to proceed in forma pauperis, but he must pay an initial partial filing fee of $33.39 (20 percent of his average monthly balance). Williams must pay the initial partial filing fee of **$33.39 by July 23, 2026**. His failure to pay the filing fee by July 23, 2026, will result in the dismissal without prejudice of his complaint.

Accordingly, it is

ORDERED that Williams' motion for leave to proceed in forma pauperis, Doc. 2, is granted. Williams will make a payment of **$33.39 by July 23, 2026**, made payable to the Clerk, U.S. District Court. If Williams does not pay the initial partial filing fee by July 23, 2026, his complaint will be dismissed without prejudice. It is further

ORDERED that the Clerk of Court will send a copy of this order to the appropriate financial official at Williams' institution. It is finally

ORDERED that the institution having custody of Williams is directed that whenever the amount in Williams' trust account, exclusive of funds available to him in his frozen account, exceeds $10.00, monthly payments that equal 20 percent of the funds credited the preceding

month to Williams' trust account shall be forwarded to the U.S. District Court Clerk's Office under 28 U.S.C. § 1915(b)(1), until the $350 filing fee is paid in full.

DATED June 23, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

3